

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
  TERRIE LIVINGSTON

JUSTICES
  LEE ANN DAUPHINOT
  ANNE GARDNER
  SUE WALKER
  BILL MEIER
  LEE GABRIEL
  BONNIE SUDDERTH

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
  DEBRA SPISAK

CHIEF STAFF ATTORNEY
  LISA M. WEST

GENERAL COUNSEL
  CLARISSA HODGES

August 12, 2015

Ricardo Enrique Vergara
Goodman Unit #01989599
349 Private Road 9430
Jasper, TX 75951

RE:     Court of Appeals Number:    02-15-00122-CR
                                    02-15-00123-CR

        Trial Court Case Number:    1403603R
                                    1403601R

Style:  Ricardo Enrique Vergara
        v.
        The State of Texas

Dear Mr. Vergara:

Your court-appointed attorney, Peter Smythe, filed a motion to withdraw as counsel on appeal and a brief supporting that motion in the above cause. In these documents, your attorney has certified that, in his opinion, any appeal of your conviction would be wholly frivolous and without merit.

Your court-appointed attorney, Peter Smythe, filed a motion to withdraw as counsel on appeal and a brief supporting that motion in the above cause. In these documents, your attorney has certified that, in his opinion, any appeal of your conviction would be wholly frivolous and without merit. Your attorney states that copies of the motion and brief have been delivered to you. Your attorney also states that a copy of the record on appeal has been provided to you should you wish to review it for the purpose of filing a pro se response to the *Anders* brief in which you point out any alleged errors that you feel were committed in your trial.

FILE COPY

Please inform this court within **fourteen (14) days** of the date of this letter whether, upon examination of the record provided by your attorney, you desire to file a pro se response to the *Anders* brief.  If you inform the court that you wish to file a pro se response to the *Anders* brief, the court will then set a due date for your response to be filed.

If you do not advise this court of your intentions within **fourteen (14) days** of the date of this letter, this court will assume that you do not wish to file a pro se response to the *Anders* brief and that you have nothing to add to the brief filed by your attorney.

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*

By:  Rene Wallace, Deputy Clerk

cc:     Peter Smythe
        Peter Smythe, P.C.
        835 E. Lamar Blvd., Ste. 264
        Arlington, TX 76011

        Debra A. Windsor
        Assistant District Attorney
        401 W. Belknap St.
        Fort Worth, TX 76196-0201

        Criminal District Clerk, Tarrant County
        Tim Curry Criminal Justice Center
        401 W. Belknap, 3rd Floor
        Fort Worth, TX 76196-0402